IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: _____ |
| SHANE GALLO | : | VIOLATION:<br>18 U.S.C. § 13 (communicating a terroristic threat - 1 count) |

### INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 28, 2012, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SHANE GALLO

at Ft. Hood, Texas, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, knowingly communicated, via a text message, a threat to commit a crime of violence against B.R. with the intent to terrorize her, in violation of Title 18, Pennsylvania Consolidated Statutes Annotated, Section 2706.

In violation of Title 18, United States Code, Sections 7(3) and 13.

*[signature]*

ZANE DAVID MEMEGER
United States Attorney